IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNIVERSITY OF WISCONSIN
HOSPITALS AND CLINICS AUTHORITY,

                Plaintiff,

v.

                                        Case No.: 15-cv-92-wmc

B/E AEROSPACE, INCORPORATED
EMPLOYEE BENEFIT PLAN,

                Defendant.

---

## DEFAULT JUDGMENT

The defendant, B/E Aerospace, Incorporated Employee Benefit Plan, having failed to appear, plead or otherwise defend in this action, and counsel for plaintiff having requested judgment against the defendant and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55 (b);

Judgment is hereby entered in favor of plaintiff and against defendant in the amount of $4,734.00 plus costs of $520.96.

Dated this 15th day of May, 2015.

                                              s/L. Kamke, Deputy Clerk
                                              PETER OPPENEER
                                              Clerk of Court
                                              United States District Court
                                              Western District of Wisconsin